Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

Rosemarie Lopa.,

Case No: 1-23-42457
Chapter 11

Debtor.

-------------------------------------------------------------X

## AFFIDAVIT RELATING TO PAYMENT OF
## THIRD-PARTY RETAINER

STATE OF NEW YORK ) 
COUNTY OF KINGS Richmond ) ss.:

I, Ann Lopa on behalf of 888 Realtor 1625 Inc., being duly sworn, depose and say:

1.    I submit this Affidavit on behalf of 888 Realtor 1625 Inc in support of the application filed by the Debtor relating to the retention of Law Offices of Alla Kachan P.C. as an Attorney for the Debtor in this bankruptcy case.

2.    As disclosed in the Affidavit of Disinterestedness of Attorney filed in support of the Law Offices of Alla Kachan P.C. retention; 888 Realtor 1625 Inc. with Ann Lopa as President, paid Law Offices of Alla Kachan P.C. a $5,000.00 retainer on July 10, 2023, in connection with this matter out of its' funds and from its bank account. 888 Realtor 1625 Inc. shall have no claim against the Debtor's estate with respect to repayment of such retainer. An additional application for post-petition services, will be made by the Kachan Law Office at a future time, before the additional retainer is drawn upon.

3.    This shall confirm I, Ann Lopa, President of 888 Realtor 1625 Inc. am fully aware that Law Offices of Alla Kachan P.C. owes a duty of undivided loyalty to the Debtor only. I, Ann

Lopa, President of 888 Realtor 1625 Inc., have been advised by Law Offices of Alla Kachan P.C. that if a conflict of interest should arise that Law Offices of Alla Kachan P.C., will notify both the Court and me, and that in such circumstances I should consult with an independent attorney in connection with this matter.

4.     The Debtor does not owe any money to the Law Offices of Alla Kachan P.C. and 888 Realtor 1625 Inc. does not owe any money to the Debtor. 888 Realtor 1625 Inc. does not owe any money to the Law Offices of Alla Kachan P.C. and Law Offices of Alla Kachan P.C. does not owe any money to 888 Realtor 1625 Inc.

5.     Further, 888 Realtor 1625 Inc does not have any intention of asserting a claim against the estate of the Debtor for funds advanced for attorney fees in this case or any future fees to be paid to Law Offices of Alla Kachan P.C.

6.     Neither I nor 888 Realtor 1625 Inc provide any financing to the Debtor or intend to provide any financing to the Debtor. Furthermore, neither I nor 888 Realtor 1625 Inc intend to purchase or bid on any assets owned by the Debtor.

7.     Based upon the foregoing, it is my belief that 888 Realtor 1625 Inc does not have any adverse interest against the estate of the Debtor herein, or with any creditor or any other party in interest.

I, Ann Lopa, President of 888 Realtor 1625 Inc declare under penalty of perjury that the foregoing is true and correct.

Dated:
July __16__, 2024

Ann Lopa,
President of 888 Realtor 1625 Inc.

Duly sworn to before me this

__16__ day of _____, 2024

ENID M LOPEZ
Notary Public - State of New York
NO. 01LO5051425
Qualified in Richmond County
My Commission Expires Nov 6, 2025

(Notary Public)

ENID M LOPEZ
Notary Public - State of New York
NO. 01LO5051425
Qualified in Richmond County
My Commission Expires Nov 6, 2025