UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
In re:

Rosemarie Lopa.,

Case No: 1-23-42457
Chapter 11

Debtor.
-----------------------------------X

**AMENDED AFFIDAVIT RELATING TO PAYMENT OF THIRD-PARTY RETAINER**

STATE OF NEW YORK )
) ss.:
COUNTY OF KINGS )

I, Ann Lopa on behalf of 888 Realtor 1625 Inc., being duly sworn, depose and say:

1. I submit this Affidavit on behalf of 888 Realtor 1625 Inc in support of the application filed by the Debtor relating to the retention of Law Offices of Alla Kachan P.C. as an Attorney for the Debtor in this bankruptcy case.

2. As disclosed in the Affidavit of Disinterestedness of Attorney filed in support of the Law Offices of Alla Kachan P.C. retention, 888 Realtor 1625 Inc. with Ann Lopa as President, paid Law Offices of Alla Kachan P.C. a $5,000.00 retainer on July 10, 2023, in connection with this matter out of its' funds and from its bank account. 888 Realtor 1625 Inc. shall have no claim against the Debtor's estate with respect to repayment of such retainer. An additional application for post-petition services, will be made by the Kachan Law Office at a future time, before the additional retainer is drawn upon.

3. This shall confirm I, Ann Lopa, President of 888 Realtor 1625 Inc. am fully aware that Law Offices of Alla Kachan P.C. owes a duty of undivided loyalty to the Debtor only. I, Ann Lopa, President of 888 Realtor 1625 Inc., have been advised by Law Offices of Alla Kachan P.C. that if a conflict of interest should arise that Law Offices of Alla Kachan P.C., will notify both the Court and me, and that in such circumstances I should consult with an independent attorney in

connection with this matter.

4. The Debtor does not owe any money to the Law Offices of Alla Kachan P.C. and 888 Realtor 1625 Inc. does not owe any money to the Debtor. 888 Realtor 1625 Inc. does not owe any money to the Law Offices of Alla Kachan P.C. and Law Offices of Alla Kachan P.C. does not owe any money to 888 Realtor 1625 Inc.

5. Further, 888 Realtor 1625 Inc does not have any intention of asserting a claim against the estate of the Debtor for funds advanced for attorney fees in this case or any future fees to be paid to Law Offices of Alla Kachan P.C.

6. 888 Realtor 1625 Inc will contribute to the adequate protection payments for the property located at 454 Edinboro Rd, Staten Island, NY 10306. The amount of the monthly contribution payments will be $3000.00. Going forward, once the mortgage modification is obtained, 888 Realtor 1625 Inc will continue to make supplemental contribution payments to the Debtor toward the Debtor's modified mortgage payments.

7. Based upon the foregoing, it is my belief that 888 Realtor 1625 Inc does not have any adverse interest against the estate of the Debtor herein, or with any creditor or any other party in interest in the case.

I, Ann Lopa, President of 888 Realtor 1625 Inc declare under penalty of perjury that the foregoing is true and correct.

Dated:
June 27, 2025

Ann Lopa
President of 888 Realtor 1625 Inc.

Duly sworn to before me this

27 day of June, 2025

(Notary Public)

SUZANN P RIZZO
Notary Public - State of New York
NO. 01RI6404491
Qualified in Richmond County
My Commission Expires Feb 24, 2028